IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>JIMMY SHANE VANDYKE<br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | NO. 6:19-CR-059-ADA |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 85. The Report recommends that Defendant's supervised release be revoked and that he be remanded to the custody of the U.S. Marshal for sixty days, with 27 days' credit for time served, with no supervision to follow. *Id.* at 3. The Report was filed on March 7, 2023.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b). When no objections are filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also Douglass v. United Servs. Auto. Ass'n,* 79 F.3d 1415, 1428–29 (5th Cir. 1996). Here, no objections were filed. Accordingly, the Court has reviewed the Report and Recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Manske (ECF No. 85) is **ACCEPTED AND ADOPTED**. Defendant's

supervised release is hereby revoked, and he is remanded to the custody of the U.S. Marshal for sixty days, with 27 days' credit for time served, with no supervision to follow.

**SIGNED** this 22nd day of March, 2023.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE